AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of Colorado

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| --- | --- |
| v. | (For a Petty Offense) — Short Form |
| CHRISTOPHER A. DINGMAN | Case No. 08-po-00044-GJR |
| | USM No. |
| | Pro se |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   Count One, Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 36 C.F.R. § 261.10(b) | Residing on the National Forest | 08/18/2008 | One |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
| --- | --- | --- |
| **Total:** | $ 10.00 | $ 250.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 1311

Defendant's Year of Birth: 1979

City and State of Defendant's Residence:
Gunnison, CO 81230

12/01/2008
Date of Imposition of Judgment

*Signature of Judge*

Gudrun J. Rice    Magistrate Judge
Name and Title of Judge

12/02/2008
Date